HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GORDON L. PEDERSON, pro se,

Plaintiff,

v.

STEPHEN PFUHL - VANCOUVER POLICE OFFICER, PAUL FISK - VANCOUVER POLICE OFFICER, et al,

Defendants.

Case No. C05-5717 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendants Clark Regional Emergency Services Agency ("CRESA") and Debra Butchard's Motion for Summary Judgment [Dkt. #50].

Having considered the entirety of the records and file herein, the Court rules as follows:

Defendants CRESA and Butchard filed their Motion for Summary Judgment on June 27, 2006 and under CR 7(d)(3), Local Rules W.D. Wash. properly noted the motion for July 21, 2006. Under this rule, plaintiff's opposition to the motion was due on July 17, 2006 (the Monday before the noting date). Id. The docket reflects that plaintiff has not filed any opposition to the motion. Defendants correctly argue in their reply memorandum [Dkt. #52] that the Court may consider plaintiff's failure to file any opposition as an admission that the motion has merit and may grant the motion. CR 7(b)(2), Local Rules W.D. Wash.

Plaintiff is proceeding pro se. There are several other defendants named in this cause and in the event other motions are filed, plaintiff is hereby advised of the Local Rules and his obligation to follow them. The Court will re-note CRESA and Butchard's Motion for Summary Judgment for August 11, 2006. Plaintiff's

ORDER
Page - 1

opposition, if any, is due on August 7, 2006.  **Plaintiff's failure to file any opposition to this motion will result in the motion being granted and defendants CRESA and Butchard's dismissal from this case.** In the event future motions are filed, the Court will not re-note the motion on its own initiative and expects plaintiff to follow this Court's Local Rules and the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 24th day of July, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE